ADAM PAUL LAXALT
  Attorney General
Steven G. Shevorski (Bar No. 8256)
  Head of Complex Litigation
Donald J. Bordelove (Bar No. 12561)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101
(775) 684-1100 (phone)
(775) 684-1108 (fax)
E-mail: dbordelove@ag.nv.gov

Attorneys for *Defendant*
*State of Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Stephen J. Horner,<br><br>            Plaintiff(s),<br><br>vs.<br><br>State of Nevada; namely: Governor Sandoval and Attorney General Adam Laxalt,<br><br>            Defendant(s). | Case No.: 2:16-cv-02692-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between the Parties, Plaintiff, Stephen J. Horner and Defendant, State of Nevada, by and through its attorneys of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Donald Bordelove, Deputy Attorney General, that the Complaint on file herein is dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

. . .

It is further stipulated each party to bear its own attorney's fees and costs.

DATED: December 9, 2016

ADAM PAUL LAXALT
Attorney General

/s/ Steve Shevorski

Steve Shevorski, Esq. (SBN 8256)
Donald Bordelove, Esq. (SBN 12561)
555 E. Washington Ave., #3900
Las Vegas, NV 89101
*Attorneys for Defendant*

DATED: December 16, 2016

STEPHEN HORNER

/s/ Stephen J. Horner

Stephen J. Horner
1075 N 1400 W, #13
St. George, UT 84770
*Plaintiff*

**ORDER**

ITS IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2017